# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

UNITED STATES OF AMERICA

v.

JOHN WESLEY ROBINSON

Previous Judgment Filed: February 6, 1995
(Sentence imposed: 1/17/95)

Case No: 8:94-cr-78-T-23TBM
USM No: 17512-018

Tracy Dreispul, afpd
Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

The defendant moves pro se (Doc. 208) under 18 U.S.C. § 3582(c)(2) for a reduction of the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u). The United States files a "Notice of Position on Re-Sentencing" (Doc. 215), and the defendant, through counsel, files a response (Doc. 216). Having considered the motion and related papers,

**IT IS ORDERED** that the motion is:

☐ DENIED.
☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  two hundred thirty-five (235) months  is reduced to  TIME SERVED PLUS TEN DAYS .

### I. COURT DETERMINATION OF GUIDELINE RANGE (prior to any departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 235 to 293 months | Amended Guideline Range: | 188 to 235 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the original judgment shall remain in effect.

ORDERED in Tampa, Florida, on _March 20th_, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

Effective Date: _____
(if different from order date)